# United States District Court
# Eastern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:16-cr-0004 CMK |
| | ) | |
| vs. | ) | ORDER ON MOTION |
| | ) | FOR PRODUCTION OF |
| MARK HOWARD | ) | RELEVANT MATERIAL |
| _____ | ) | |

Defendant's Discovery Motion [Doc. 7] for "[exculpatory]" Materials from the Personnel files of Deborah Horton and Kyle Brown came on regularly for hearing on July 19, 2016. Attorney John Kucera appeared on behalf of defendant, Mark Howard, and Brian Rice, Rule 180 Prosecutor, appeared on behalf of the United States.

No opposition to the motion was filed by the United States. Both parties agree that Attorney Kucera received some type of correspondence regarding the request from the government but the court was never accorded a copy of the same. Since the motion was unopposed, it should be granted.

The court is concerned that the government's self-policing duty to review the files for exculpatory or impeaching information may not be sufficient if performed by the Rule 180 Prosecutor assigned to the case or by the Veteran's Administration's self-serving letter that "nothing exists". Although the United States Attorney's Office belatedly offers to perform this function as set forth in United States v. Henthorn, 931 F.2d 29 (9th Cir. 1991) and United States v. Jennings, 960 F.2d 1488 (9th Cir. 1992), the court finds the motion unopposed and the government's Henthorn offer untimely.

IT IS ORDERED that the government produce the personnel files of Deborah Horton and Kyle Brown for in camera review on or before August 2, 2016.  Biographical information may be exempted or redacted.  Said files shall be produced in either hard copy or electronically.  The court will thereafter order the production, if any, of any material having arguable exculpatory value.

DATED: July 20, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE